# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |

| | |
|---|---|
| **VICKIE KROPF** | Case Number:    **CR 06-3069-1-MWB**<br>USM Number:    **03405-029** |

**Robert Wichser**
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) _____ **1 a-b, 2, 3, and 4** _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 a-b | **Use of Illegal Drugs** | **June 13, 2011** |
| 2 | **Association with Individuals Engaged in Criminal Activity** | **June 13, 2011** |
| 3 | **Failure to Comply with Substance Abuse Counseling** | **June 2, 2011** |
| 4 | **Failure to Provide Truthful Information to USPO** | **June 13, 2011** |

The defendant is sentenced as provided in pages 2 through _____**3**_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**June 27, 2011**
Date of Imposition of Judgment

_Mark W. Bennett_

Signature of Judge

**Mark W. Bennett, U.S. District Judge**
Name and Title of Judge

6/27/11

Date

DEFENDANT: **VICKIE KROPF**
CASE NUMBER: **CR 06-3069-1-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **6 months.**

☐   The court makes the following recommendations to the Bureau of Prisons:

■   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐ a_____    ☐  a.m.    ☐  p.m.    on    _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on    _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____    to    _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:        **VICKIE KROPF**
CASE NUMBER:      **CR 06-3069-1-MWB**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   **No supervised release shall be reimposed.**